DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NELSY PATTERSON,**
Appellant,

v.

**DAVID I. MILLAN JEREZ,**
Appellee.

No. 4D2025-1218

[July 16, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 50-2024-SC-019941-XXXA-MB.

Nelsy Patterson, Palm Beach, pro se.

David I. Millan Jerez, Loxahatchee, pro se.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

KUNTZ, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***